UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHASE MICHAEL BORUCH,  )
                                )
        Plaintiff,  )    Case No.  2:12-CV-01641-JCM-GWF
                                )
vs.  )    **ORDER**
                                )
FIDELITY LIFE INSURANCE CO., *et al.*,  )    Motion to Seal (#2)
                                )
        Defendants.  )
_____)

       This matter comes before the Court on Plaintiff Chase Boruch's ("Plaintiff") Motion to Seal (#2), filed on September 19, 2012.  Plaintiff's Complaint (#1-1) was filed as an attachment to his Application to Proceed in Forma Pauperis (#1), which the Court denied on October 29, 2012 (#3). In the instant Motion, Plaintiff moves the Court to seal Exhibit A to his Complaint.  The Court finds good cause to seal Exhibit A, because it contains personal information in the form of Plaintiff's mother's will.  Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal Exhibit A (#2) is **granted.** Because Exhibit A was appended to the Complaint (#1-1), and filed with the Complaint as a single document, the Clerk of the Court shall seal Plaintiff's Complaint (#1-1).

       DATED this 17th day of December, 2012.

                                                                        *[signature]*
                                                                  GEORGE FOLEY, JR.
                                                                  United States Magistrate Judge