**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHASE MICHAEL BORUCH, | ) | |
| Plaintiff, | ) | Case No.  2:12-CV-01641-JCM-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FIDELITY LIFE INSURANCE CO., *et al.*, | ) | Motion to Seal (#2) |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff Chase Boruch's ("Plaintiff") Motion to Seal (#2), filed on September 19, 2012.  Plaintiff's Complaint (#1-1) was filed as an attachment to his Application to Proceed in Forma Pauperis (#1), which the Court denied on October 29, 2012 (#3). In the instant Motion, Plaintiff moves the Court to seal Exhibit A to his Complaint.  The Court finds good cause to seal Exhibit A, because it contains personal information in the form of Plaintiff's mother's will.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal Exhibit A (#2) is **granted.** Because Exhibit A was appended to the Complaint (#1-1), and filed with the Complaint as a single document, the Clerk of the Court shall seal Plaintiff's Complaint (#1-1).

DATED this 17th day of December, 2012.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge